IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00622-PAB-NRN

EIGHTH DISTRICT ELECTRICAL PENSION FUND;
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN;
EIGHTH DISTRICT ELECTRICAL BENEFIT FUND;
SUSAN KING, as Chair of the Delinquency Committee for the Eighth District Electrical Pension Fund, Eighth District Electrical Pension Fund Annuity Plan, and Eighth District Electrical Benefit Fund;
NATIONAL ELECTRICAL BENEFIT FUND;
DENVER ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND;
ROCKY MOUNTAIN CHAPTER, NECA;
NATIONAL LABOR-MANAGEMENT COOPERATION FUND;
DENVER JOINT INDUSTRY PROMOTIONAL FUND; and
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 68,

    Plaintiffs,

v.

WATTS ELECTRIC, LLC d/b/a WATTS GREEN ELECTRIC; and
BRIAN WATTS,

    Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Judgment is hereby entered.

Pursuant to the Order [Docket No. 15] of Chief Judge Philip A. Brimmer, entered on December 28, 2021, it is

ORDERED that Plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Docket No. 12] is GRANTED. It is further

ORDERED that default judgment shall enter in favor of plaintiffs and against defendants.  It is further

ORDERED that plaintiffs shall be awarded $14,556.93 in unpaid contributions, $1,980.77 in interest, and $4,111.35 in liquidated damages against defendants, for a total award of $20,649.05.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of 3.11% as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is further

ORDERED that this case is closed.

DATED:  July 22, 2022.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk